No. 93–7865.  VALDES *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 93–7867.  SIMPSON *v.* MURRAY, DIRECTOR, VIRGINIA DE-PARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 93–7870.  SOLIZ CANO *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 93–7873.  PRESTON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–7874.  LUCIOUS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 93–7876.  ROLLINS ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 93–7878.  KINSLOW *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–7880.  KEFFALAS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 93–7888.  OLNESS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 93–7889.  OUTLAW *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 93–7890.  RESKO *v.* UNITED STATES.  C. A. 3d Cir.  Cer-tiorari denied.

No. 93–7894.  FAYNE *v.* UNITED STATES.  C. A. 7th Cir.  Cer-tiorari denied.

No. 93–7895.  IBARRA *v.* UNITED STATES.  C. A. 9th Cir.  Cer-tiorari denied.

No. 93–7896.  ST. FLEUR *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 93–7897.  HEARNS *v.* UNITED STATES.  C. A. 6th Cir.  Cer-tiorari denied.